WILLIAM A. FABIAN, JR., an Infant, by WILHELMINA FABIAN, His Guardian ad Litem, Respondent, v. SCHENECTADY RAPID TRANSIT, INC., Appellant.— Appeal by defendant from an order denying its motion for a new trial on the ground of newly-discovered evidence. There is nothing in the newly-discovered evidence which would justify the conclusion that it would change the result if a new trial were granted. The same judge who presided at the trial heard the motion for a new trial and denied the application. The order appealed from is discretionary and should be affirmed. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

THOMAS J. WALSH, Appellant, v. DWIGHT D. MORRIS, Respondent.— Plaintiff was a guest in defendant's automobile which was being driven at a moderate rate of speed along a wet and slushy pavement. After the defendant had passed a truck and had pulled back upon his right side of the road, the car skidded first in one direction, then the other, finally left the pavement and overturned. The jury was justified under the facts in returning a verdict of no cause of action. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.